IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LYNN FELDMAN,

                    Plaintiff,                    MISCELLANEOUS
                                                  ACTION
         v.                                       NO. 13-0197

RAGGI & WEINSTEIN, LLP,

                    Defendant.

## ORDER

**AND NOW**, this 1st day of August 2013, it is **ORDERED** as follows:

1.    The Recommendation and Order of Chief United States Bankruptcy Judge Eric L.

      Frank (Doc. No. 1) is **APPROVED**.

2.    Reference to the bankruptcy court of this proceeding is **WITHDRAWN** pursuant

      to 28 U.S.C. § 157(d).

                              BY THE COURT:


                              /s/ Joel H. Slomsky
                              JOEL H. SLOMSKY, J.