IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN FELDMAN,<br><br>            Plaintiff,<br><br>v.<br><br>RAGGI & WEINSTEIN, LLP,<br><br>            Defendant. | MISCELLANEOUS<br>ACTION<br>NO. 13-0197 |

## **ORDER**

**AND NOW**, this 1st day of August 2013, it is **ORDERED** as follows:

1. The Recommendation and Order of Chief United States Bankruptcy Judge Eric L. Frank (Doc. No. 1) is **APPROVED**.

2. Reference to the bankruptcy court of this proceeding is **WITHDRAWN** pursuant to 28 U.S.C. § 157(d).

                                                BY THE COURT:


                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.